UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-2888
_____

UNITED STATES OF AMERICA

v.

MALIK NASIR,
Appellant

On Appeal from the United States District Court
for the District of Delaware
District Court No. 1-16-cr-00015-001
District Judge: The Honorable Leonard P. Stark

Before: SMITH, *Chief Judge,* McKEE, AMBRO, CHAGARES, JORDAN, HARDIMAN, GREENAWAY, JR., SHWARTZ, KRAUSE, RESTREPO, BIBAS, PORTER, MATEY, PHIPPS, *SCIRICA and *RENDELL, *Circuit Judges*

_____

ORDER SUA SPONTE REHEARING EN BANC
_____

The Court sua sponte orders rehearing en banc in the above captioned case. Argument shall be limited to: (i) whether, in light of *Kisor v. Wilkie*, 139 S. Ct. 2400 (2019), it remains appropriate to defer to the U.S. Sentencing Commission's commentary to U.S.S.G. § 4B1.2, consistent with our decision in *United States v. Hightower*, 25 F.3d 182 (3d Cir. 1994); and (ii) whether, on plain error review, an appellate court is restricted to considering only the evidence that was before the jury at trial or may consider information outside the trial record.

The Clerk of this Court shall list the case for Wednesday, May 27, 2020.

*Judges Scirica and Rendell have elected to participate as a member of the en banc court pursuant to I.O.P. 9.6.4.

BY THE COURT,

s/D. Brooks Smith
Chief Judge

DATED: March 4, 2020

kr/cc:　Robert F. Kravetz, Esq.
　　　　Keith M. Donoghue, Esq.
　　　　Whitney C. Cloud, Esq.
　　　　 Daniel E. Logan, Jr., Esq.

[Type here]