# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 4, 2021

Clerk
United States Court of Appeals for the Third Circuit

601 Market Street, Room 21400
Philadelphia, PA 19106

    Re:  United States
           v. Malik Nasir
           No. 20-1522
           (Your No. 18-2888)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Third Circuit for further consideration in light of *Greer* v. *United States*, 593 U. S. ___ (2021).

    The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

                                    Sincerely,

                                    **Scott S. Harris**, Clerk